WILLIAM G. PARK et al., appellants,

*v.*

THE GRANT LOCOMOTIVE WORKS, respondents.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Park* v. *Grant Locomotive Works, 13 Stew. Eq. 114.*

*Mr. John R. Emery,* for the appellants.

*Mr. B. Williamson,* for the respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the vice-chancellor.

---

CHARLES KENNEDY, appellant,

*v.*

CATHARINE KENNEDY, respondent.

On appeal from a decree advised by Vice-Chancellor Bird, ordering alimony to be paid to respondent.

*Mr. John W. Wartman,* for the appellant.

*Mr. Thomas P. Curley* and *Mr. John K. R. Hewitt,* for the respondent.

PER CURIAM.

This decree unanimously affirmed.